UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID G. STERN,

    Petitioner,

vs.

DAVID L. WINN, Warden
Federal Medical Center, Devens

    Respondent.

_____/

CIVIL ACTION NO. 04-10465

HON. NANCY GERTNER, USDJ

### AFFIDAVIT OF SERVICE

**MICHELE RITTER**, being duly sworn deposes and states as follows:

1. I am a resident of Newport, Rhode Island, and I certify that I am over 21 years of age.

2. I further certify that on March 10, 2004, I mailed a copy of the **Petition for Writ of Habeas Corpus Pursuant to 28 USC § 2241 & 2243** which was filed in the above entitled case by certified mail/return receipt requested in an envelope addressed to:

> MICHAEL SULLIVAN
> U.S. ATTORNEY
> DISTRICT OF MASSACHUSETTS
> 1 COURTHOUSE WAY
> SUITE 9200
> BOSTON, MASSACHUSETTS 02210

3. That this mailing is in substantial compliance with the Federal Rules of Civil Procedure FRCP 4(i)(1).

4. That attached hereto is a copy of the **GREEN CARD** indicating that a copy of the Petition was received by the office to whom the documents were mailed on March 10, 2004.

5. I make this **AFFIDAVIT OF SERVICE** to be filed with the Court for purposes of establishing compliance with FRCP 4(i)(1).

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this **AFFIDAVIT OF SERVICE** is true and correct.

DATED: APRIL /2 , 2004                RESPECTFULLY SUBMITTED,

*Michele Ritter*
MICHELE RITTER
24 ELM STREET
NEWPORT, RHODE ISLAND 02840

-2-

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature: LaPointe]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>MICHAEL SULLIVAN<br>U.S. ATTORNEY<br>DISTRICT OF MASSACHUSETTS<br>1 COURTHOUSE WAY SUITE 9200<br>BOSTON, MA. 02210 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0460 0000 0697 6311 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

Date: 2/15/04