EXHIBIT A

```
REGNO..: 23799-038 NAME: STERN, DAVID G
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000   FTS: 700-796-1000
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 74038AC0                       DOB/AGE....: 08-12-1946 / 57
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 03-09-2005                     PAR HEAR DT:
------------------------- ADMIT/RELEASE HISTORY -------------------------
FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 01-06-2003 1414 CURRENT
O-P    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-06-2003 1414 01-06-2003 1414
O-P    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-11-2002 1020 01-06-2003 1414
CBN    ADMIN REL   ADMINISTRATIVE RELEASE        10-11-2002 1020 10-11-2002 1020
CBN    A-ADMIN     ADMINISTRATIVE ADMISSION      10-11-2002 1010 10-11-2002 1020


G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 23799-038 NAME: STERN, DAVID G
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: 700-796-1000
PRE-RELEASE PREPARATION DATE: 12-21-2004


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-09-2005 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 01-10266-NG
JUDGE...........................: GERTNER
DATE SENTENCED/PROBATION IMPOSED: 09-25-2002
DATE COMMITTED..................: 01-06-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002       MORE PAGES TO FOLLOW . . .

Case 1:04-cv-10465-NG   Document 7-2   Filed 05/24/2004   Page 4 of 7
PUBLIC INFORMATION
INMATE DATA
AS OF 03-17-2004

```
REGNO..: 23799-038 NAME: STERN, DAVID G
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 978-796-1000   FTS: 700-796-1000


                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $1,700.00      $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

---------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 150
OFF/CHG: 18:1341 MAIL FRAUD

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
  TERM OF SUPERVISION............:     3 YEARS


G0002       MORE PAGES TO FOLLOW . . .
```

PUBLIC INFORMATION
INMATE DATA
AS OF 03-17-2004


REGNO..: 23799-038 NAME: STERN, DAVID G
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: 700-796-1000
 DATE OF OFFENSE.................: 02-01-1998

-----------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-04-2003 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-06-2003
TOTAL TERM IN EFFECT............:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 02-01-1998


G0002      MORE PAGES TO FOLLOW . . .

```
REGNO..: 23799-038 NAME: STERN, DAVID G
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000   FTS: 700-796-1000
JAIL CREDIT...................:   FROM DATE       THRU DATE
                                  07-23-2001      07-23-2001


TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 03-09-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-04-2005


PROJECTED SATISFACTION DATE.....: 03-09-2005
PROJECTED SATISFACTION METHOD...: GCT REL

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 23799-038 NAME: STERN, DAVID G
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FTS: 700-796-1000
```

S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE