EXHIBIT B

```
 DEVEN  540*23 *        SENTENCE MONITORING         *    03-17-2004
PAGE 001        *         COMPUTATION DATA          *    14:33:36
                         AS OF 03-17-2004


REGNO..: 23799-038 NAME: STERN, DAVID G


FBI NO...........: 74038AC0         DATE OF BIRTH: 08-12-1946
ARS1.............: DEV/A-DES
UNIT.............: I UNIT           QUARTERS.....: I01-045U
DETAINERS........: NO               NOTIFICATIONS: NO


PRE-RELEASE PREPARATION DATE: 12-21-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-09-2005 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 01-10266-NG
JUDGE...........................: GERTNER
DATE SENTENCED/PROBATION IMPOSED: 09-25-2002
DATE COMMITTED..................: 01-06-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $1,700.00     $00.00        $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  150
OFF/CHG: 18:1341 MAIL FRAUD

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    30 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 02-01-1998




G0002     MORE PAGES TO FOLLOW . . .
```

```
DEVEN  540*23 *           SENTENCE MONITORING        *    03-17-2004
PAGE 002 OF 002 *         COMPUTATION DATA           *    14:33:36
                          AS OF 03-17-2004

REGNO..: 23799-038 NAME: STERN, DAVID G


---------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-04-2003 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN.........: 01-06-2003
TOTAL TERM IN EFFECT...........:    30 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS     6 MONTHS
EARLIEST DATE OF OFFENSE.......: 02-01-1998

JAIL CREDIT....................:   FROM DATE    THRU DATE
                                   07-23-2001   07-23-2001

TOTAL PRIOR CREDIT TIME........: 1
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED..: 117
TOTAL GCT EARNED...............: 54
STATUTORY RELEASE DATE PROJECTED: 03-09-2005
SIX MONTH /10% DATE............: N/A
EXPIRATION FULL TERM DATE......: 07-04-2005


PROJECTED SATISFACTION DATE....: 03-09-2005
PROJECTED SATISFACTION METHOD..: GCT REL

REMARKS.......: INMATE V/S TO FMC DEVENS, MA ON 1-6-2003.




S0055     NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
REGNO: 23799-038                        FUNCTION: DIS  DOB/AGE.: 08-12-1946 / 57
NAME.: STERN, DAVID G                                  R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                                  MILEAGE.: 68 MILES
PHONE: 978-796-1000           FTS: 700-796-1000
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE            FBI NO..: 74038AC0
 PROJ REL DATE..: 03-09-2005                           INS NO..: N/A
 PAR ELIG DATE..: N/A                                  SSN.....: 396426605
 PAR HEAR DATE..:              PSYCH: NO    DETAINER: NO         CMC..: NO
   FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME
   DEV  ADM-REL     A-DES     DESIGNATED, AT ASSIGNED FACIL  01-06-2003 1414
   DEV  CASEWORKER  CSW I     I. BENET-RIVERA,EXT. 1522      01-06-2003 1414
   DEV  QUARTERS    I01-045U  HOUSE I/RANGE 01/BED 045U      01-08-2003 1256
   DEV  UNIT        I UNIT    N. PATTERSON,U/M, EXT. 1523    01-06-2003 1414
   DEV  WRK DETAIL  CMP F/S AM CAMP FOOD SVC AM              02-17-2003 0001
OFFN/CHG RMKS: 18 USC 1341/1343: WIRE & MAIL FRAUD, CBOP 30M/3 YR SRT
OFFN/CHG RMKS: (01-10266-NG)
```

G0002         MORE PAGES TO FOLLOW . . .