EXHIBIT D

```
                 23799-038            REG
REGNO: 23799-038               FUNCTION: DIS  DOB/AGE.: 08-12-1946 / 57
NAME.: STERN, DAVID G                         R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                         MILEAGE.: 68 MILES
PHONE: 978-796-1000       FTS: 700-796-1000
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    DEV  ADM-REL     A-DES     DESIGNATED, AT ASSIGNED FACIL 01-06-2003 1414
    DEV  CARE LEVEL  CARE3     COMPLEX CHRONIC CARE          10-11-2002 1020
    DEV  COR COUNSL  CCC I     TOM O'CONNOR,EXT.1521         01-06-2003 1414
    DEV  CASE MGT    PROG RPT  NEXT PROGRESS REPORT DUE DATE 11-09-2004 0904
    DEV  CASE MGT    RPP PART  RELEASE PREP PGM PARTICIPATES 02-11-2003 0904
    DEV  CASE MGT    V94 COA913 V94 CURR OTHER ON/AFTER 91394 02-11-2003 0905
    DEV  CASEWORKER  CSW I     I. BENET-RIVERA,EXT. 1522     01-06-2003 1414
    DEV  CUSTODY     COM       COMMUNITY CUSTODY             08-05-2003 1504
    DEV  DRUG PGMS   DRG I NONE NO DRUG INTERVIEW REQUIRED   02-11-2003 0904
    DEV  DESTNATION  W CCC ACT WAITING FOR CCC ACTION        03-03-2004 0904
    DEV  EDUC INFO   ESL HAS   ENGLISH PROFICIENT            02-11-2003 0905
    DEV  EDUC INFO   GED HAS   COMPLETED GED OR HS DIPLOMA   02-11-2003 0905
    DEV  FIN RESP    COMPLT    FINANC RESP-COMPLETED         03-13-2003 1306
    DEV  LEVEL       MINIMUM   SECURITY CLASSIFICAT'N MINIMUM 10-11-2002 1020

G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO: 23799-038                  FUNCTION: DIS  DOB/AGE.: 08-12-1946 / 57
NAME.: STERN, DAVID G                            R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC                            MILEAGE.: 68 MILES
PHONE: 978-796-1000          FTS: 700-796-1000
    FACL CATEGORY    - - - - - CURRENT ASSIGNMENT - - - - -  EFF DATE   TIME
    DEV  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY 01-22-2003 0908
    DEV  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE       01-28-2004 1252
    DEV  PGM REVIEW APR        APRIL PROGRAM REVIEW           04-20-2004 1410
    DEV  QUARTERS   I01-045U   HOUSE I/RANGE 01/BED 045U      01-08-2003 1256
    DEV  RELIGION   NO PREFER  NO PREFERENCE                  02-11-2003 0906
    DEV  UNIT       I UNIT     N. PATTERSON,U/M, EXT. 1523    01-06-2003 1414
    DEV  WAITNG LST COMP I A&O COMPLETED INSTITUTION A&O      01-28-2003 1430
    DEV  WAITNG LST COMP U A&O COMPLETED UNIT A&O             01-14-2003 0820
    DEV  WRK DETAIL CMP F/S AM CAMP FOOD SVC AM               02-17-2003 0001


G0005           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```