EXHIBIT E

```
DEVEN                  *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    03-17-2004
PAGE 001 OF 001                                                           14:31:53
        FUNCTION: LST  SCOPE: REG    EQ 23799-038      OUTPUT FORMAT: FULL
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____    DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____
EXTENDED: __  REMEDY LEVEL: __          RECEIPT: ___   "OR" EXTENSION: ___
RCV  OFC : EQ ____ ____ ____ ____ ____ ____
TRACK: DEPT: ____ ____ ____ ____ ____ ____
      PERSON: __ __ __ __ __ __
        TYPE: __ __ __ __ __ __
EVNT FACL: EQ ____ ____ ____ ____ ____ ____
RCV FACL.: EQ ____ ____ ____ ____ ____ ____
RCV UN/LC: EQ ____ ____ ____ ____ ____ ____
RCV QTR..: EQ ____ ____ ____ ____ ____ ____
ORIG FACL: EQ ____ ____ ____ ____ ____ ____
ORG UN/LC: EQ ____ ____ ____ ____ ____ ____
ORIG QTR.: EQ ____ ____ ____ ____ ____ ____


G5152          NO REMEDY DATA EXISTS FOR THIS INMATE
```