EXHIBIT F

```
DEVBZ        *        PROGRAM REVIEW REPORT        *        02-10-2003
PAGE 001                                                    13:55:24
```

INSTITUTION: DEV  DEVENS FMC

NAME.......: STERN, DAVID G                    REG. NO: 23799-038
RESIDENCE..: NEWPORT, RI 02840

TYPE OF REVIEW......: INITIAL CLASSIFICATION/~~PROGRAM REVIEW~~
NEXT REVIEW DATE....:   _7/2003_

PROJ. RELEASE DATE..: 03-09-2005          RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE                HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _7/2003_     DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N          IF YES, RECONCILED (Y/N): _N/A_

PENDING CHARGES.....: _none known_

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/Ⓝ)....: _NO_

   IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - | CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|----------|-------------|----------------------------------|----------|------|
| CUS | OUT | OUT CUSTODY | 10-15-2002 | 0907 |
| EDI | GED UNK | GED STATUS UNKNOWN | 01-06-2003 | 1414 |
| FRP | PART | FINANC RESP-PARTICIPATES | 02-07-2003 | 1332 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 10-11-2002 | 1020 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-2003 | 0908 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 01-22-2003 | 0908 |
| QTR | I01-045U | HOUSE I/RANGE 01/BED 045U | 01-08-2003 | 1256 |
| RLG | UNKNOWN | RELIGION UNKNOWN | 10-11-2002 | 1010 |
| WRK | PP DAY | POWERHOUSE DAY | 01-30-2003 | 0001 |

WORK PERFORMANCE RATING: _Currently assigned to the Powerhouse, no reports to date ( placed on file on 2/10/03 )_

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _none ._

_Initial Classification._

FRP PLAN/PROGRESS: *Owes $1,700.00 felony assessment.*

RELEASE PREPARATION PARTICIPATION: *will need to Enroll and complete prior to release date.*

CCC RECOMMENDATION: *will review 11-13 months prior to release date.*

DEVBZ            *        PROGRAM REVIEW REPORT        *        02-10-2003
PAGE 002 OF 002                                                13:55:24

PROGRESS MADE SINCE LAST REVIEW: *Initial Classification.*

GOALS FOR NEXT PROGRAM REVIEW MEETING: *Maintain clear conduct. Strive to receive Outstanding work evaluation) or above average. Enroll and complete @ least three pre-release classes). Make FRP payment.*

LONG TERM GOALS: Maintain clear conduct.
Complete Pre-Release Program.
Satisfy Financial responsibility.
Obtain Relocation Of Supervision.

OTHER INMATE REQUESTS/TEAM ACTIONS: Reviewed BP407, BP408.
No questions @ this time.

SIGNATURES: DBR/CSW

UNIT MANAGER: WJ Patterson        INMATE X

DATE: 2/11/03        DATE: 2/11/03