EXHIBIT G

```
   DEVBZ          *      PROGRAM REVIEW REPORT          *     07-29-2003
   PAGE 001                                                   10:23:51

   INSTITUTION: DEV  DEVENS FMC

   NAME.......: STERN, DAVID G                    REG. NO: 23799-038
   RESIDENCE..: NEWPORT, RI 02840

   TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
   NEXT REVIEW DATE....:       1/04

   PROJ. RELEASE DATE..: 03-09-2005      RELEASE METHOD.: GCT REL
   PAROLE HEARING DATE.: NONE            HEARING TYPE...: NONE

   DATE OF NEXT CUSTODY REVIEW:   8/04        DETAINERS (Y/N): N

   CIM STATUS (Y/N)....: N              IF YES, RECONCILED (Y/N):  N/A

   PENDING CHARGES.....:  none known

   OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: no

      IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
```

| CATEGORY | CURRENT ASSIGNMENT | | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 11-09-2004 | 0904 |
| CMA | RPP PART | RELEASE PREP PGM PARTICIPATES | 02-11-2003 | 0904 |
| CMA | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 02-11-2003 | 0905 |
| CUS | OUT | OUT CUSTODY | 10-15-2002 | 0907 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 02-11-2003 | 0904 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 02-11-2003 | 0905 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-11-2003 | 0905 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 03-13-2003 | 1306 |
| LEV | MINIMUM | SECURITY CLASSIFICAT'N MINIMUM | 10-11-2002 | 1020 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-2003 | 0908 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 01-22-2003 | 0908 |
| QTR | I01-045U | HOUSE I/RANGE 01/BED 045U | 01-08-2003 | 1256 |
| RLG | NO PREFER | NO PREFERENCE | 02-11-2003 | 0906 |
| WRK | CMP F/S AM | CAMP FOOD SVC AM | 02-17-2003 | 0001 |

WORK PERFORMANCE RATING: received Satisfactory to Good work reports.

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: none, clear conduct.

FRP PLAN/PROGRESS: Completed financial responsibility.

RELEASE PREPARATION PARTICIPATION: Part Status, he has completed five of the six classes, needs employment class.

CCC RECOMMENDATION: will review 11-13 months prior to release date.

```
  DEVBZ              *      PROGRAM REVIEW REPORT      *      07-29-2003
PAGE 002 OF 002                                               10:23:51
```

PROGRESS MADE SINCE LAST REVIEW: met all previously set goals.

GOALS FOR NEXT PROGRAM REVIEW MEETING: Continue to receive above average work reports. enroll and complete employment class by July 2004. enroll and complete @ least two

ACE classes of your choice before next review.

LONG TERM GOALS: Complete Pre-Release Program before release date.
Obtain approval of Relocation of Supervision.
Provide CM w/ release plans by 8/8/03.

OTHER INMATE REQUESTS/TEAM ACTIONS: Reviewed 407/408 updated custody.
On call basis as Truck Driver.
No questions or concerns @ this time.

SIGNATURES: DBinet/CM  T. O'Connor

UNIT MANAGER: Patterson        INMATE: X [signature]

DATE: 8/5/03                    DATE: 8/5/03