EXHIBIT H

| BP-S187.058   **PROGRESS REPORT**   CDFRM | P.S.5803.07 |
|---|---|
| JUN 98 | Attachment A |
| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |

| Institution Name, Address, & Telephone No. | Date January 23, 2004 |
|---|---|
| Federal Medical Center, (FMC) Devens P.O. Box 880, Ayer, MA 01432  (978) 796-1000 | |

**Inmate Reviewed**

| Inmate's Signature | Date 1/23/04 | Staff Signature |
|---|---|---|

### 1. Type of Progress Report

Initial    Statutory Interim    **X Pre-Release**    Transfer    Triennial

X  Other (Specify) **Relocation / CCC Placement**

| 2. Inmate's Name STERN, David G. | 3. Register Number 23799-038 | 4. Age (DOB) 57 (08-12-1946) |
|---|---|---|

**5. Present Security/Custody Level**
Minimum / Com

**6. Offense/Violator Offense**
Mail and Wire Fraud.

**7. Sentence Imposed**
3559 PLRA Sentence - 30 months and 3 years Supervision.
$1,700.00 Felony Assessment.

| 8. Current Sentence Began 09-25-2002 | 9. Months Served + Jail Credit 12 months + 1 day JCT | 10. Days GCT/or EGT/SGT 54 GCT |
|---|---|---|
| 11. Days FSGT/WSGT/DGCT 0/0/0 | 12. Projected Release March 9, 2005 via GCT | 13. Last USPC Action N/A |

**14. Detainers/Pending Charges**
None known.

**15. Co-defendants**
None.

*For continuation Pages, type on a blank sheet with the Inmate's Name, Register Number and Date; attach to this form.*

Record Copy - Inmate File; copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - inmate
Replaces BP-s187.058 DTD FEB 94
(This form may be replicated via WP)

Progress Report - Continued

| Committed Name: Stern, David G. | Reg. No. 23799-038 | Date: January 23, 2004 |
|---|---|---|

16. **INSTITUTIONAL ADJUSTMENT:** Inmate Stern arrived at the Federal Medical Center (FPC) Devens, Massachusetts, on January 6, 2003. Since his arrival at this facility, he has made a good institutional adjustment and satisfactory progress. He maintains a good rapport with staff and his inmate peers.

   A. **Program Plan:** Inmate Stern met with Unit Team for his initial classification review. At that time, Unit Team recommended he enroll in the Release Preparation Program (RPP), enroll in Education classes, earn above-average work evaluations, make payments toward financial responsibility (FRP), and maintain clear institutional conduct. Subsequent program review recommended he complete the RPP program, continue to receive above average work evaluations, maintain high standards of sanitation and participate in recreational /leisure activities.

   B. **Work Assignments:** Inmate Stern has worked for the Food Service Department from February 17, 2003 to the present. He has consistently received "good" to "outstanding" work evaluations. He has been recommended for a work bonus numerous times. He is described as a hard and dedicated worker who performs duties and tasks beyond job description.

   C. **Educational / Vocational Participation**: Inmate Stern has completed the following courses during his period of incarceration: Managing Personal Finance, Issues of Tuberculosis, Health Nutrition Classes, Osteoporosis and Arthritis, Release Issues, Community Resources, Parenting Skills, Intermediate French, Introduction to French and Cancer Issues.

   D. **Counseling Programs:** Inmate Stern has not participated in any counseling programs during his period of incarceration. He meets with Unit Team when needed.

   E. **Incident Reports:** Inmate Stern has maintained clear institutional conduct.

   F. **Institutional Movement:** Inmate Stern arrived at FMC Devens, MA on January 6, 2003. There has been no further movement to date.

   G. **Physical / Mental Health:** Inmate Stern is assigned regular duty status with no medical restrictions. There is no indication of any psychological or emotional dysfunction. He should be considered fully employable upon his release.

   H. **Progress On Financial Responsibility:** Inmate Stern completed a court ordered financial obligation consisting of a $1,700.00 non-committed Felony Assessment prior to his incarceration.

   I. **Release Planning:** Upon release, he plans to reside in Newport, RI. He will be recommended for a seventy-nine day Community Corrections Center (CCC) placement.

      A. **Residence:** Michelle Ritter, girlfriend
      24 Elm Street
      Newport, RI 02840
      Telephone: (401) 847-3003

      B. **Employment:** online-registries, Inc.
      24 Elm Street, 1st floor
      Newport, RI 02840
      Telephone: (401) 841-5600
      Contact person: Robert Thompson or Michelle Ritter

Progress Report - Continued

| Committed Name: Stern, David G. | Reg. No. 23799-038 | Date: January 23, 2004 |
|---|---|---|

    C.    USPO:

**Sentencing District**
Robert P. Ryan, Chief USPO
District of Massachusetts
One Courthouse Way, Suite 1200
Boston, MA 02210-3002

**Relocation District**
Barry J. Weiner, Chief USPO
District of Rhode Island
36 Exchange Terrace Third Floor
Providence, RI 02903-1743

17. **Release Preparation Program:** Inmate Stern is expected to complete the Release Preparation Program (RPP) prior to his release date.

18. **PREPARED BY:** _[signature]_    **DATE:** 1/23/04
    Ivonne M. Benet-Rivera, Case Manager

19. **DATE TYPED:** January 23, 2004

20. **REVIEWED BY:** _[signature]_    **DATE:** 1/23/04
    Nancy Patterson, Unit Manager