EXHIBIT I

```
DEVBZ              *      PROGRAM REVIEW REPORT          *      01-27-2004
PAGE 001                                                         10:05:13

INSTITUTION: DEV  DEVENS FMC

NAME.......: STERN, DAVID G                    REG. NO: 23799-038
RESIDENCE..: NEWPORT, RI 02840


TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:  4/04

PROJ. RELEASE DATE..: 03-09-2005        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW:  8/04      DETAINERS (Y/N): N

CIM STATUS (Y/N)....: N         IF YES, RECONCILED (Y/N): n/a

PENDING CHARGES.....: none known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: no
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE


CATEGORY    - - - - - - - CURRENT ASSIGNMENT - - - - - - - -   EFF DATE     TIME

CMA         PROG RPT      NEXT PROGRESS REPORT DUE DATE        11-09-2004   0904
CMA         RPP PART      RELEASE PREP PGM PARTICIPATES        02-11-2003   0904
CMA         V94 COA913    V94 CURR OTHER ON/AFTER 91394        02-11-2003   0905
CUS         COM           COMMUNITY CUSTODY                    08-05-2003   1504
DRG         DRG I NONE    NO DRUG INTERVIEW REQUIRED           02-11-2003   0904
EDI         ESL HAS       ENGLISH PROFICIENT                   02-11-2003   0905
EDI         GED HAS       COMPLETED GED OR HS DIPLOMA          02-11-2003   0905
FRP         COMPLT        FINANC RESP-COMPLETED                03-13-2003   1306
LEV         MINIMUM       SECURITY CLASSIFICAT'N MINIMUM       10-11-2002   1020
MDS         REG DUTY      NO MEDICAL RESTR--REGULAR DUTY       01-22-2003   0908
MDS         YES F/S       CLEARED FOR FOOD SERVICE             01-22-2003   0908
QTR         I01-045U      HOUSE I/RANGE 01/BED 045U            01-08-2003   1256
RLG         NO PREFER     NO PREFERENCE                        02-11-2003   0906
WRK         CMP F/S AM    CAMP FOOD SVC AM                     02-17-2003   0001
```

WORK PERFORMANCE RATING: _he has gone from Good to Outstanding work evaluations._

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _none, he has maintained clear conduct._

FRP PLAN/PROGRESS: _Completed on 3/13/03._

RELEASE PREPARATION PARTICIPATION: Participates, he has completed five of the six classes, needs Employment class.

CCC RECOMMENDATION: will review once approved for relocation.    12/21/04.

```
DEVBZ           *       PROGRAM REVIEW REPORT        *      01-27-2004
PAGE 002 OF 002                                                10:05:13
```

PROGRESS MADE SINCE LAST REVIEW: increased work reports, employment class not available, no ACE classes.

GOALS FOR NEXT PROGRAM REVIEW MEETING: continue w/ work assignment from 1/04 thru 4/04. continue to receive Outstanding work reports from 1/04 thru 4/04. enroll and complete Employment class, if available, by 7/04.

LONG TERM GOALS: Save money for release needs, 3/05. maintain good sanitation from 1/04 thru 4/04. Complete RPP by 12/04. Obtain CCC placement by 12/04.

OTHER INMATE REQUESTS/TEAM ACTIONS: Forms 407/408 reviewed for accuracy.

---
---
---
---
---

SIGNATURES: _[signature]_   _[signature]_

UNIT MANAGER: _[signature]_   INMATE: X _[signature]_

DATE: 1/27/04   DATE: 1/27/04