EXHIBIT J



U.S. Departmenstice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

---

P.O. Box 880
Ayer, MA 01432

January 29, 2004

Mr. Barry J. Weiner, Chief USPO
District of Rhode Island
Third Floor
36 Exchange Terrace
Providence, RI 02903-1743

RE:   STERN, David G.
      Reg. No. 23799-038
      Docket No. 01-10266-NG

Dear Mr. Weiner:

The above referenced individual has requested your permission to relocate his term of supervision from the District of Massachusetts to the District of Rhode Island. Mr. Stern is currently serving a 30-month sentence with three years of Supervised Release for Mail & Wire Fraud. He has a projected release date of March 9, 2005, via Good Conduct Time Release. Mr. Stern has indicated the following release plans:

>   Michelle Ritter, girlfriend
>   24 Elm Street
>   Newport, RI 02840
>   Telephone: (401) 847-3003

Mr. Stern plans to work at online-registries, Inc. located at 24 Elm Street, 1st floor, Newport, RI. Robert Thompson or Michelle Ritter can be contacted at (401) 841-5600. We have enclosed a relocation packet for your review. Written confirmation of your acceptance of his supervision will be greatly appreciated. Please address any questions or concerns to Ms. Benet-Rivera assigned Case Manager, at (978) 796-1000 ext. 1522. Thank you for your time and cooperation in this matter.

Sincerely,

David L. Winn
Warden

cc: District of Massachusetts

UNITED STATES DISTRICT COURT
**OFFICE OF THE PROBATION OFFICER**
District of Rhode Island



36 Exchange Terrace - 3rd Floor
Providence, RI  02903
TEL.: (401) 752-7300
FAX: (401) 752-7399

BARRY J. WEINER
Chief Probation Officer

February 10, 2004

David L. Winn, Warden
Federal Medical Center, Devens
P.O. Box 880
Ayer, Massachusetts 01432

                  RE: STERN, David G.
                  Reg. No.: 23799-038
                  <u>**Pre-Release Investigation Approved**</u>

Dear Mr. Winn:

      Please be advised that a Pre-release Investigation pertaining to the above-named defendant was conducted at the residence of Michelle Ritter, 24 Elm Street, Newport, Rhode Island. This five bedroom house is occupied by Ms. Ritter, her twin daughters, Wesley and Julia Ritter, age 11, and the defendant's two children, Theodore Stern and Andrew Stern. Ms. Ritter advised that she is anxious to have the defendant home and has no objections to his release plans.

      Based upon our investigation, we do not have any objections to Mr. Stern's pre-release plans at this time.

      Should you require any additional information, please do not hesitate to contact us at (401) 752-7300.

                                        Sincerely,

                                        Clara M. King
                                        U.S. Probation Officer

Reviewed and Approved:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

CMK/cmk