EXHIBIT K

# Unit Pre-Release Informational Data Form

Inmate Name: DAVID STERN   Reg. No. 23799-038

Full Name of individual with whom you intend to reside: MICHELE G. RITTER

Individual's relationship to you: FIANCEE

Full address of proposed release residence: 24 ELM ST
NEWPORT, RI 02840

Telephone number of residence or number where this individual can be reached:
(Include work number if available) (401) 847 3003

When released, what do you intend to do for employment? executive vice president online-registries, Inc

Do you have employment? YES If so, by whom? online-registries, Inc

Proposed employer address: 24 ELM ST
NEWPORT RI 02840

Contact person & telephone number: 401 841-5600
MICHELE RITTER (office manager) OR ROBERT THOMPSON (chief operating officer)

Will you be supporting any dependants? If so, how many and their relationship to you:
YES SONS THEODORE (TED)-22 & ANDREW-20

Additional information or comments: IT IS EXPECTED TED WILL GRADUATE COLLEGE BEFORE MY RELEASE, ANDREW IN JUNE '05. EDUCATION EXPENSES HAVE ALREADY BEEN PROVIDED.

Health or Mental Health concerns you would like to bring to our attention for pre-release planning: NO