David Stern
23799-038
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 02210

August 5, 2004

Honorable Nancy Gertner
United States District Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: David G. Stern v. David L. Winn
    Civil File # 04-10465-NG

Dear Judge Gertner,

I was able to secure copies of the Opinion and Order in the matter of Yancey L. White v. Joseph Scribana, 03-C-581-C decided on April 23, 2004 by Judge Barbara B. Crabb of the Eastern District of Wisconsin and am enclosing herewith a copy for you and am forwarding a copy to Assistant United States Attorney Sternberg.

yours very truly,

David G. Stern

cc: Jeremy Sternberg, AUSA w/enclosure