UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID G. STERN,
     Petitioner

v.                                    CIVIL ACTION NO. 04-10465-NG

DAVID L. WINN,
     Respondent

MOTION TO RENDER A DECISION

NOW COMES the Petitioner, David G. Stern, and moves that this Honorable Court forthwith render a decision on his Motion for Additional Relief filed July 7, 2004, to which the government filed an opposition on July 14, 2004, and further that this Honorable Court set forth the reasons for the allowance or denial of said motion.

Respectfully submitted,

_____
David G. Stern
23799-038
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 01432

September 20, 2004

CERTIFICATE OF SERVICE

I, David G. Stern, certify that a copy of the within Motion was this day mailed to Jeremy Sternberg, Assistant United States Attorney, 1 Courthouse Way, Boston, MA 02210, postage pre-paid, first class mail.

_____
David G. Stern

September 20, 2004