UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID G. STERN,
    Petitioner

v.                             CIVIL ACTION NO. 04-10465-NG

DAVID L. WINN,
    Respondent

MOTION TO RECALCULATE

NOW COMES the Petitioner, David G. Stern, and moves that this Honorable Court order the Respondent to recalculate Stern's "good time" as it relates to both his release date (March 7, 2005-February 19, 2005) and his 10% date (December 21, 2004-November 19, 2004) consistent unambiguous language set forth in 18 U.S.C. § 3624 (b). See <u>Yancey L. White v. Joseph Scribana</u>, case number 03-C-581-C (E.D. Wis) Judge Barbara B. Crabb (a copy of which has previously been provided to the Court and to Assistant United States Attorney).

Respectfully submitted,

_____
David G. Stern
23799-038
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 01432

September 20, 2004

CERTIFICATE OF SERVICE

I, David G. Stern, certify that a copy of the within Motion was this day mailed to Jeremy Sternberg, Assistant United States Attorney, 1 Courthouse Way, Boston, MA 02210, postage pre-paid, first class mail.

_____
David G. Stern

September 20, 2004