UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID G. STERN,
    Petitioner

v.      CIVIL ACTION NO. 04-10465-NG

DAVID L. WINN,
    Respondent

MOTION TO RECOMMEND RELEASE

NOW COMES the Petitioner, David G. Stern, and moves that this Honorable Court recommend to both the Bureau of Prisons (BOP) and to the Community Corrections Manager (CCM) that he be released to home confinement so as to enable him to resume employment with online-registries, Inc. (www.OLRINC.com), a company he founded in 2000, 24 Elm Street, Newport, RI 02840, a family of web sites providing safe, secure, simple and affordable storage and retrieval of personal medical information in an emergency. Both the Barnstable House of Corrections in Barnstable, MA (where Petitioner is currently scheduled for release in January, 2005) and Coolidge House, Boston, MA are about a 1 1/2 - 2 hour drive from Petitioner's home/office.

Respectfully submitted,

David G. Stern
23799-038
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 01432

September 20, 2004

CERTIFICATE OF SERVICE

I, David G. Stern, certify that a copy of the within Motion was this day mailed to Jeremy Sternberg, Assistant United States Attorney, 1 Courthouse Way, Boston, MA 02210, postage pre-paid, first class mail.

David G. Stern

September 20, 2004