September 23, 2004

Jeremy Sternberg
Assistant United States Attorney
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: David G. Stern v. David L. Winn
    Civil Action No. 04-10465-NG

Dear Mr. Sternberg,

I am compelled to write you because I do not appreciate the application of a double standard of conduct just because I am an inmate.

On Tuesday, September 21, 2004, Nancy Patterson, Unit Manager of the Camp, told me that she could not talk with me about the Order of Judge Gertner. Fine. I readily accepted the fact because as an agent of the Respondent, she was represented by counsel...you.

However, on Thursday, September 23, 2004, Mrs. Patterson called me into her office and immediately engaged me in an extensive conversation that I can only characterise as accusatory in the "how could you" style, regarding the BOP's efforts to comply with the Court's Order. Although Mrs. Patterson was very polite and professional, albeit very defensive, it was totally inappropriate to put me into the position of having to defend my preparation and filing of Status Reports.

I think it best, in light of the real potential of retributions, which have in fact occured in other situations...surprise, that because there are still ongoing issues which are yet unresolved, that you request your "client" and his agents, except for ministerial matters, like signing documents, to direct that all communications be limited to an exchange between you and me. I am very suspect of any action action taken by the BOP, not without reason.

-1-

September 23, 2004
Page Two

By way of information, I told each administrative staff member to whom I have spoken about the Court's Order, that I was intending to file on a regular basis with the Court, Status Reports.

For your edification, the "reason" Mrs. Patterson gave me regarding why my transfer was delayed until October 13, 2004, lacked credibility on several fronts and in part was directly contradictory to her Declaration in the matter of Goldings v. Winn. I trust that you will suggest to your "clients" that there is no need to discuss this case with me. Further, I hope you will engage in a meaningful discussion regarding the "as soon as possible" implication of the October 13th delayed date. I want you to know that I have no ulterior motive in this case. I am no crusader. I simply want to get back to my family, friends and business as soon as possible, as I am sure you would wish were the 'shoe on the other foot'.

Yours very truly,

David G. Stern
23799-038
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 01432

bcc: Honorable Nancy Gertner, USDJ