UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DAVID G. STERN
    Plaintiff

v.                        DOCKET # 04-10465-NG

DAVID L. WINN
    Defendant

NOTICE OF CHANGE OF ADDRESS

Please note the following change of address:

    David G. Stern
    24 Elm Street
    Newport, RI 02840
    (401) 841-5600

DATED: October 5, 2004

Respectfully submitted,

_____
David G. Stern

CERTIFICATE OF SERVICE

I, David G. Stern, hereby certify that I mailed, postage pre-paid, first class, the within Change of Address, this date to Jeremy Sternberg, Assistant United States Attorney.

_____
David G. Stern

DATED: October 5, 2004