UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID G. STERN,
    Petitioner

v.                         CA 04-10465-NG

DAVID L. WINN,
    Respondent

MOTION TO ENTER ORDER(S)

NOW COMES the Petitioner, David G. Stern, and moves that this Honorable Court enter Order(s) regarding the following undecided pleadings so that the record is complete and no outstanding issues remain unresolved:

1. Motion to Dismiss by David L. Winn-docket #5-filed 5/24/04

2. Motion to Strike Declaration-docket #7-filed 6/04/04

3. Motion for Additional Relief-docket #13-filed 7/07/04
   (also see docket #24-filed 9/21/04)

4. Motion to Recalculate-docket #25-filed 9/21/04
   (also see docket #s 17 and 18-filed 8/05/04 and 8/09/04)

5. Motion to Recommend Release-docket #26-filed 9/21/04
   (also see docket #31-filed 9/28/04)

While several of the foregoing are simply administrative matters (#s 1 and 2), several outstanding motions are extremely time sensitive and significantly impact Petitioner.

WHEREFORE, Petitioner prays that this Honorable Court forthwith enter Order(s) regarding the aforesaid outstanding motions.

Respectfully submitted,

October 6, 2004

David G. Stern
23799-038
Federal Medical Center-Devens
P.O. Box 879
Ayer, MA 01432

CERTIFICATE OF SERVICE
I, David G. Stern, certify that the within Motion was this day mailed first class mail, postage pre-paid, to Jeremy Sternberg, AUSA.

David G. Stern

October 6, 2004