UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID G. STERN**<br>    **Plaintiff** | |
| V. | CIVIL ACTION<br><br>NO.  04cv10465NG |
| **DAVID L. WINN**<br>    **Defendants** | |

### ORDER OF DISMISSAL

   **GERTNER,    D. J.**

   In accordance with the Court's allowance of the Respondent's motion to Dismiss on  October 29, 2004 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

  10/29/2004                                                       /s/ Jennifer Filo
    Date                                                          Deputy Clerk

**(odismendo.wpd - 12/98)** **[odism.]**